UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
March 5, 2025

DENNIS TOOLEY, )
an individual, )
)
       Plaintiff, )  CASE NO.: 1:25-cv-00132-TWP-CSW
)
vs. )
)
FRANKLIN-SAND REALTY LLC, )
an Indiana Limited Liability Company, )
)
       Defendant. )
_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: March 5, 2025

Respectfully submitted,  Respectfully submitted,

*/s/ Louis I. Mussman*  */s/Anthony J. Simonton, Jr.  (with permission)*
Louis I. Mussman, Esq.  Anthony J. Simonton, Jr., Esq.
Bar No. 597155  Atty #35647-29
Ku & Mussman, P.A.  Ogletree, Deakins, Nash, Smoak &
18501 Pines Boulevard, Suite 362  Stewart, P.C.
Pembroke Pines, FL 33029  300 N. Meridian Street, Suite 2700
Tel: (305) 891-1322  Indianapolis, Indiana 46204
Fax: (954) 686-3976  Tel: (317) 916-1300
Louis@kumussman.com  Fax: (317) 916-9076
       anthony.simonton@ogletree.com

And

       *Attorneys for Defendant*

1

Eric C. Bohnet, Esq.
Attorney No. 24761-84
6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Anthony J. Simonton, Jr., Esq.
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
anthony.simonton@ogletree.com

By:  *Louis I. Mussman*            .
    Louis I. Mussman, Esq.